# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Education Centers, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11495 (LSS)<br><br>**Re: Doc No. 17** |
| In re:<br><br>Argosy Education Group, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11496 (LSS)<br><br>**Re: Doc No. 16** |
| In re:<br><br>Argosy University of California LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11497 (LSS)<br><br>**Re: Doc No. 16** |
| In re:<br><br>Brown Mackie College - Tucson, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11498 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>Education Management LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11502 (LSS)<br><br>**Re: Doc No. 18** |
| In re:<br><br>Miami International University of Art & Design, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11504 (LSS)<br><br>**Re: Doc No. 14** |

| | |
|---|---|
| In re:<br><br>South Education – Texas LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-11505 (LSS)<br><br>**Re: Doc No. 16** |
| In re:<br><br>South University of Florida, Inc.,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-11508 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>South University of Michigan, LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-11509 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>South University of North Carolina LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-11510 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>South University of Ohio LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-11511 (LSS)<br><br>**Re: Doc No. 15** |
| In re:<br><br>South University of Virginia, Inc.,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-11512 (LSS)<br><br>**Re: Doc No. 15** |
| In re:<br><br>South University, LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 18-11514 (LSS)<br><br>**Re: Doc No. 16** |

DOCS_DE:220836.2 57092/001

2

| | |
|---|---|
| In re:<br><br>Stautzenberger College Education Corporation,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11515 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>TAIC-San Diego, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11516 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>TAIC-San Francisco, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11517 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institutes International Minnesota, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11518 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Atlanta, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11519 (LSS)<br><br>**Re: Doc No. 15** |
| In re:<br><br>The Art Institute of Austin, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11520 (LSS)<br><br>**Re: Doc No. 16** |
| In re:<br><br>The Art Institute of California-Hollywood, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11521 (LSS)<br><br>**Re: Doc No. 14** |

| | |
|---|---|
| In re:<br><br>The Art Institute of California-Inland Empire, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11522 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of California - Los Angeles, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11523 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of California-Orange County, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11524 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of California-Sacramento, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11525 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Charleston, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11526 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Charlotte, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11527 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Colorado, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11528 (LSS)<br><br>**Re: Doc No. 15** |

| | |
|---|---|
| In re:<br><br>The Art Institute of Dallas, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11529 (LSS)<br><br>**Re: Doc No. 19** |
| In re:<br><br>The Art Institute of Fort Lauderdale, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11530 (LSS)<br><br>**Re: Doc No. 17** |
| In re:<br><br>The Art Institute of Houston, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11531 (LSS)<br><br>**Re: Doc No. 20** |
| In re:<br><br>The Art Institute of Indianapolis, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11532 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Las Vegas, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11533 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Michigan, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11534 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Philadelphia LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br><br>**Re: Doc No. 14** |

| | |
|---|---|
| In re:<br><br>The Art Institute of Pittsburgh LLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 18-11536 (LSS)<br><br>**Re: Doc No. 16** |
| In re:<br><br>The Art Institute of Portland, Inc.,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 18-11537 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Raleigh-Durham, Inc.,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 18-11538 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of St. Louis, Inc.,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 18-11539 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of San Antonio, Inc.,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 18-11540 (LSS)<br><br>**Re: Doc No. 17** |
| In re:<br><br>The Art Institute of Seattle, Inc.,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 18-11541 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Tampa, Inc.,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 18-11542 (LSS)<br><br>**Re: Doc No. 14** |

| | |
|---|---|
| In re:<br><br>The Art Institute of Tennessee-Nashville, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11543 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Virginia Beach LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11544 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Art Institute of Washington, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11545 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Illinois Institute of Art at Schaumburg, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11547 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Illinois Institute of Art, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11548 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The Institute of Post-Secondary Education, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11549 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>The New England Institute of Art, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11550 (LSS)<br><br>**Re: Doc No. 17** |

| | |
|---|---|
| In re:<br><br>The University of Sarasota, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11551 (LSS)<br><br>**Re: Doc No. 14** |
| In re:<br><br>Western State University of Southern California,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11552 (LSS)<br><br>**Re: Doc No. 15** |

**ORDER GRANTING APPLICATION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO JUNE 29, 2018**

Upon consideration of the Application (the "Application")[1] of George L. Miller, the chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), pursuant to sections 327(a) and 328(a) of the Bankruptcy Code for authority to employ and retain Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as counsel to the Trustee, *nunc pro tunc* to June 29, 2018, the Court having reviewed the Application, and the Declaration of Bradford J. Sandler (the "Declaration"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) the Court having determined that PSZ&J (the "Firm") is a "disinterested person" pursuant to § 101(14) of the Bankruptcy Code; and (d) the Court having determined that the legal and factual bases set forth in the Application and the Declaration establish just cause for

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

the relief granted herein; and it appearing to the Court that the said Application should be approved, it is HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Trustee is hereby authorized to retain and employ PSZ&J as counsel pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, *nunc pro tunc* to June 29, 2018.

3. PSZ&J shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.

4. PSZ&J is authorized to render professional services to the Trustee as described in the Application.

5. The Trustee and PSZ&J are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 24, 2018

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge