# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Education Centers, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11495 (LSS)<br><br>**Ref. Docket No. 29** |
| In re:<br><br>Argosy Education Group, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11496 (LSS)<br><br>**Ref. Docket No. 28** |
| In re:<br><br>Argosy University of California LLC,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11497 (LSS)<br><br>**Ref. Docket No. 27** |
| In re:<br><br>Brown Mackie College - Tucson, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11498 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>Education Management LLC,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11502 (LSS)<br><br>**Ref. Docket No. 32** |
| In re:<br><br>Miami International University of Art & Design, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11504 (LSS)<br><br>**Ref. Docket No. 25** |

1

| | |
|---|---|
| In re: <br><br> South Education – Texas LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11505 (LSS) <br><br> **Ref. Docket No. 27** |
| In re: <br><br> South University of Florida, Inc., <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11508 (LSS) <br><br> **Ref. Docket No. 25** |
| In re: <br><br> South University of Michigan, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11509 (LSS) <br><br> **Ref. Docket No. 25** |
| In re: <br><br> South University of North Carolina LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11510 (LSS) <br><br> **Ref. Docket No. 25** |
| In re: <br><br> South University of Ohio LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11511 (LSS) <br><br> **Ref. Docket No. 26** |
| In re: <br><br> South University of Virginia, Inc., <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11512 (LSS) <br><br> **Ref. Docket No. 26** |
| In re: <br><br> South University, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11514 (LSS) <br><br> **Ref. Docket No. 28** |

| | |
|---|---|
| In re:<br><br>Stautzenberger College Education Corporation,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11515 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>TAIC-San Diego, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11516 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>TAIC-San Francisco, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11517 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institutes International Minnesota, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11518 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Atlanta, LLC,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11519 (LSS)<br><br>**Ref. Docket No. 26** |
| In re:<br><br>The Art Institute of Austin, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11520 (LSS)<br><br>**Ref. Docket No. 27** |
| In re:<br><br>The Art Institute of California-Hollywood, Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-11521 (LSS)<br><br>**Ref. Docket No. 25** |

| | |
|---|---|
| In re:<br><br>The Art Institute of California-Inland Empire, Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11522 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of California - Los Angeles, Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11523 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of California-Orange County, Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11524 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of California-Sacramento, Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11525 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Charleston, Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11526 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Charlotte, LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11527 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Colorado, Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11528 (LSS)<br><br>**Ref. Docket No. 26** |

| | |
|---|---|
| In re:<br><br>The Art Institute of Dallas, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11529 (LSS)<br><br>**Ref. Docket No. 30** |
| In re:<br><br>The Art Institute of Fort Lauderdale, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11530 (LSS)<br><br>**Ref. Docket No. 28** |
| In re:<br><br>The Art Institute of Houston, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11531 (LSS)<br><br>**Ref. Docket No. 31** |
| In re:<br><br>The Art Institute of Indianapolis, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11532 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Las Vegas, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11533 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Michigan, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11534 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Philadelphia LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br><br>**Ref. Docket No. 25** |

DOCS_DE:221091.1 57092/001

| | |
|---|---|
| In re:<br><br>The Art Institute of Pittsburgh LLC,<br><br>   Debtor. | Chapter 7<br><br>Case No. 18-11536 (LSS)<br><br>**Ref. Docket No. 28** |
| In re:<br><br>The Art Institute of Portland, Inc.,<br><br>   Debtor. | Chapter 7<br><br>Case No. 18-11537 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Raleigh-Durham, Inc.,<br><br>   Debtor. | Chapter 7<br><br>Case No. 18-11538 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of St. Louis, Inc.,<br><br>   Debtor. | Chapter 7<br><br>Case No. 18-11539 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of San Antonio, Inc.,<br><br>   Debtor. | Chapter 7<br><br>Case No. 18-11540 (LSS)<br><br>**Ref. Docket No. 28** |
| In re:<br><br>The Art Institute of Seattle, Inc.,<br><br>   Debtor. | Chapter 7<br><br>Case No. 18-11541 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Tampa, Inc.,<br><br>   Debtor. | Chapter 7<br><br>Case No. 18-11542 (LSS)<br><br>**Ref. Docket No. 25** |

| | |
|---|---|
| In re:<br><br>The Art Institute of Tennessee-Nashville, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11543 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Virginia Beach LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11544 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Art Institute of Washington, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11545 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Illinois Institute of Art at Schaumburg, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11547 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Illinois Institute of Art, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11548 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The Institute of Post-Secondary Education, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11549 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>The New England Institute of Art, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11550 (LSS)<br><br>**Ref. Docket No. 34** |

DOCS_DE:221091.1 57092/001

| | |
|---|---|
| In re:<br><br>The University of Sarasota, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11551 (LSS)<br><br>**Ref. Docket No. 25** |
| In re:<br><br>Western State University of Southern California,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11552 (LSS)<br><br>**Ref. Docket No. 26** |

### ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 7 CASES FOR PROCEDURAL PURPOSES ONLY

Upon the motion (the "Motion")[1] of George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), seeking entry of an order pursuant to Bankruptcy Rule 1015(b) authorizing and directing the joint administration of the Debtors' related Chapter 7 Cases for procedural purposes only; the Court having reviewed the Motion; the Court finding that: (a) jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; (b) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases for procedural purposes is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and (d) service and notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

---

[1] Capitalized terms not defined herein retain the meaning assigned to them in the Motion.

2. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the above-captioned Chapter 7 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the captioned cases, and this Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the Debtors' respective cases.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>THE ART INSTITUTE OF<br>PHILADELPHIA LLC, et al.[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br><br>Jointly Administered |
|---|---|

---

[1] The last four digits of the Debtors' taxpayer identification numbers are as follows: American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Management LLC (6022); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University

of Sarasota, Inc. (5558); Western State University of Southern California (3875).

4. An entry shall be made on the docket of each of the Debtors' Chapter 7 Cases that is substantially similar to the following:

> An order has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Case No. 18-11535 (LSS) should be consulted for all matters affecting this case. The following chapter 7 cases are jointly administered pursuant to the Joint Administration Order: American Education Centers, Inc., Case No. 18-11495 (LSS); Argosy Education Group, Inc., Case No. 18-11496 (LSS); Argosy University of California LLC, Case No. 18-11497 (LSS); Brown Mackie College - Tucson, Inc., Case No. 18-11498 (LSS); Education Management LLC, Case No. 18-11502 (LSS); Miami International University of Art & Design, Inc., Case No. 18-11504 (LSS); South Education – Texas LLC, Case No. 18-11505 (LSS); South University of Florida, Inc., Case No. 18-11508 (LSS); South University of Michigan, LLC, Case No. 18-11509 (LSS); South University of North Carolina LLC, Case No. 18-11510 (LSS); South University of Ohio LLC, Case No. 18-11511 (LSS); South University of Virginia, Inc., Case No. 18-11512 (LSS); South University, LLC, Case No. 18-11514 (LSS); Stautzenberger College Education Corporation, Case No. 18-11515 (LSS); TAIC-San Diego, Inc., Case No. 18-11516 (LSS); TAIC-San Francisco, Inc., Case No. 18-11517 (LSS); The Art Institutes International Minnesota, Inc., Case No. 18-11518 (LSS); The Art Institute of Atlanta, LLC, Case No. 18-11519 (LSS); The Art Institute of Austin, Inc., Case No. 18-11520 (LSS); The Art Institute of California-Hollywood, Inc., Case No. 18-11521 (LSS); The Art Institute of California-Inland Empire, Inc., Case No. 18-11522 (LSS); The Art Institute of California - Los Angeles, Inc., Case No. 18-11523 (LSS); The Art Institute of California-Orange County, Inc., Case No. 18-11524 (LSS); The Art Institute of California-Sacramento, Inc., Case No. 18-11525 (LSS); The Art Institute of Charleston, Inc., Case No. 18-11526 (LSS); The Art Institute of Charlotte, LLC, Case No. 18-11527 (LSS); The Art Institute of Colorado, Inc., Case No. 18-11528 (LSS); The Art Institute of Dallas, Inc., Case No. 18-11529 (LSS); The Art Institute of Fort Lauderdale, Inc., Case No. 18-11530 (LSS); The Art Institute of Houston, Inc., Case No. 18-11531 (LSS); The Art Institute of Indianapolis, LLC, Case No. 18-11532 (LSS); The Art Institute of Las Vegas, Inc., Case No. 18-11533 (LSS); The Art Institute of Michigan, Inc., Case No. 18-11534 (LSS); The Art

Institute of Philadelphia LLC, Case No. 18-11535 (LSS); The Art Institute of Pittsburgh LLC, Case No. 18-11536 (LSS); The Art Institute of Portland, Inc., Case No. 18-11537 (LSS); The Art Institute of Raleigh-Durham, Inc., Case No. 18-11538 (LSS); The Art Institute of St. Louis, Inc., Case No. 18-11539 (LSS); The Art Institute of San Antonio, Inc., Case No. 18-11540 (LSS); The Art Institute of Seattle, Inc., Case No. 18-11541 (LSS); The Art Institute of Tampa, Inc., Case No. 18-11542 (LSS); The Art Institute of Tennessee-Nashville, Inc., Case No. 18-11543 (LSS); The Art Institute of Virginia Beach LLC, Case No. 18-11544 (LSS); The Art Institute of Washington, Inc., Case No. 18-11545 (LSS); The Illinois Institute of Art at Schaumburg, Inc., Case No. 18-11547 (LSS); The Illinois Institute of Art, Inc., Case No. 18-11548 (LSS); The Institute of Post-Secondary Education, Inc., Case No. 18-11549 (LSS); The New England Institute of Art, LLC, Case No. 18-11550 (LSS); The University of Sarasota, Inc., Case No. 18-11551 (LSS); Western State University of Southern California, Case No. 18-11552 (LSS).

5.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned Chapter 7 Cases.

6.  This Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating the Debtors' respective cases.

Dated: September 17, 2018

_____
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

DOCS_DE:221091.1 57092/001