Thursday, October 11, 2018

FILED
2018 OCT 17 AM 8:41
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Please contact me by mail:

Lola M. Clark

PO Box 3355

Shelby, NC 28150

I was repeatedly harassed by Brown Mackie College. I was told that I would graduate on September 9, 2017. Of course, I was not aware that they had filed for Bankruptcy as of the date of the notice I received from your office.

I have evidence of contacting the Oklahoma State Regent and the Better Business Bureau in regards to the unprofessional harassment I was subjected to. Brown Mackie even sent me an email to come by the office to pick up my graduation tickets only to humiliate me to tell me that I would not be graduating and threatened to call the police on me.

Regards,

Lola M. Clark

*Received Quarterly thru Aug 30, 2017*

## BROWN MACKIE COLLEGE℠

**Brown Mackie College - Oklahoma City**
7101 NORTHWEST EXPRESSWAY SUITE 800
OKLAHOMA CITY OK 73132
RETURN SERVICE REQUESTED

Line of Credit Account Number 1538353063
01/02/2016 to 02/01/2016

LOLA CLARK
2312 ELEANOR DR
SHELBY NC 28150

**Student ID:** 1538353063

**AMOUNT DUE:** $756.00

REMIT TO: **Brown Mackie College - Oklahoma City**
1400 PENN AVENUE
PITTSBURGH PA 15222

**Amount Due By:** Upon Receipt

1903
**Amount Enclosed:** $ _____

Page 1 of 1

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $756.00 |
| Payments/Other Credits | (-) | $0.00 |
| Purchases/Other Debits | (+) | $0.00 |
| Fees Charged | (+) | $0.00 |
| Interest Charged | (+) | $0.00 |
| New Balance | | $756.00 |
| Credit Limit | | |
| Available Credit | | |
| Statement Closing Date | | 02/01/2016 |
| Days in Billing Cycle | | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $756.00 |
| Minimum Monthly Payment | $0.00 |
| Past Due Amount *(includes interest)* | $756.00 |
| Payment Due | $756.00 |
| Payment Due Date | Upon Receipt |

**INSTRUCTIONS**
To review your account information or to pay your bill online by credit card or electronic check (U.S. Campuses only), go to
https://mycampus.brownmackie.edu/portal/server.pt?
To speak to someone about your statement, please contact your Campus at (405)621-8000.

### IMPORTANT NOTICES AND MESSAGES

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 0.00% | 0.00 | 0.00 |

**2016 TOTALS YEAR TO DATE**

| | |
|---|---|
| Total FEES charged in 2016 | 0.00 |
| Total INTEREST charged in 2016 | 0.00 |

*We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.*

**Student:** Lola Clark    **Program:** Business Management (AAS)

Print    Close

| 11/30/2015 - 8/27/2016 | | | | | |
|---|---|---|---|---|---|
| Fund Source | Award Year | 201512QC | 201603QC | 201606QC | Total |
| Federal Direct Subsidized Loan | 2015-16 | $1,155.00 | $1,155.00 | $1,154.00 | $3,464.00 |
| Bank Fee | | $12.00 | $12.00 | $12.00 | $36.00 |
| Federal Direct Unsubsidized Loan | 2015-16 | $660.00 | $660.00 | $659.00 | $1,979.00 |
| Bank Fee | | $7.00 | $7.00 | $7.00 | $21.00 |
| Federal Pell Grant | 2015-16 | $1,275.00 | $1,275.00 | $1,275.00 | $3,825.00 |
| Line of Credit | 2015-16 | | | | $756.00 |
| Federal Direct Parent PLUS Loan | 2015-16 | $1,028.00 | $1,028.00 | $1,028.00 | $3,084.00 |
| Bank Fee | | $45.00 | $45.00 | $45.00 | $135.00 |
| **Gross Amount** | | **$4,182.00** | **$4,182.00** | **$4,180.00** | **$13,300.00** |

# ❧ BROWN MACKIE COLLEGE

December 14, 2015

Lola Clark
2312 ELEANOR DR
SHELBY, NC 28150

Dear Sir or Madam,                                        Student's ID: 1538353063

You were selected for a process called "Verification" by this institution or the U.S. Department of Education. We are pleased to inform you that you have now submitted all of the required documents to complete the verification process and your financial aid awards are being evaluated to determine if any changes are needed and subsequently will be approved for disbursement.

Due to verification, your eligibility based on your Estimated Family Contribution (EFC) has changed. Your initial financial aid award was based on the Estimated Family Contribution (EFC) calculated from the original information you reported on your 2015-2016 Free Application for Federal Student Aid (FAFSA). You will receive an updated Student Aid Report (SAR) to the e-mail address you listed on the FAFSA. Please review your updated SAR as it will outline the changes made to your FAFSA, including changes to your Estimated Family Contribution (EFC).

If there are any changes to your financial aid award that require a new student financial plan, you will receive a revised plan. Please contact the Office of Student Financial Services if you have any questions.

Thank you,


Student Financial Services

# ❦ BROWN MACKIE COLLEGE

RETURN SERVICE REQUESTED      272

**Brown Mackie College - Oklahoma City**
7101 Northwest Expressway

Oklahoma City OK 73132
*Important Student Loan Information Enclosed

LOLA CLARK
2312 ELEANOR DR SHELBY NC 28150
SHELBY NC 28150

---

Brown Mackie College - Oklahoma City
7101 Northwest Expressway

❦ BROWN MACKIE COLLEGE℠

Oklahoma City OK 73132
(405)621-0800

December 22, 2015

| | |
|---|---|
| **Student ID:** 1538353063 | **Student Name:** Clark, Lola |
| | **Student Address:** 2312 ELEANOR DR SHELBY NC 28150 |
| | **Student Phone:** |
| **Current Account Balance:** 756.00 | Page 1 of 1 |

| Disbursement Date | Deposit Amount | Check # / Ref # | Receipt Number |
|---|---|---|---|
| Federal Direct Subsidized Loan (Award Year: 2015-16) | | | |
| 12/21/2015 | 1,155.00 | 1516-Direct L  FA 1930132 | 15-355-1521 |
| Federal Direct Unsubsidized Loan (Award Year: 2015-16) | | | |
| 12/21/2015 | 660.00 | 1516-Direct L  FA 1930134 | 15-355-1522 |

**Comments:**

This is your notification that loan money has been credited to your account on the date of this receipt. The loan types and amounts are indicated above.

You have the right to cancel all or a portion of the loan(s). If you wish to cancel all or a portion of the loan(s) you must notify the Financial Aid Office, IN WRITING, within 30 days of the date of this letter.

The term for which the loan funds will be used is identified on your Award Letter. The loan money is part of your Award Package and will be used to pay for educational expenses, if not canceled. If you cancel the loan, and you owe a balance to the school, a cash payment, up to the amount of the loan, will be due immediately.

**BROWN MACKIE COLLEGE®**
OKLAHOMA CITY

Dear Lola Clark,

Thank you for your application for the EDMC Education Foundation Scholarship. We appreciate very much your excellent application and the information you shared. We had a large number of highly qualified candidates for this scholarship, and the task of selecting our scholarship recipients was a difficult one. Unfortunately, your application was not selected to receive the scholarship this time around.

We do, however, encourage you to continue to apply for future scholarships. Brown Mackie College offers an Education Foundation Scholarship for students approximately once per quarter.

I speak for the Committee when I say that we sincerely appreciate your application, and we wish you all the best in your continued educational and professional pursuits.

Sincerely,

The Scholarship Committee

7101 NORTHWEST EXPRESSWAY, SUITE 800, OKLAHOMA CITY, OK 73132    888.229.3280    www.brownmackie.edu