**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| The Art Institute of Philadelphia LLC, *et al.*, | Case No. 18-11535 (LSS) |
| Debtors. | Jointly Administered |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| February 18, 2020 | 9:30 a.m. Prevailing Eastern Time |

IT IS HEREBY FURTHER ORDERED that the hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 before the Honorable Laurie Selber Silverstein.

**Dated: January 17th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:227172.1 57092/001