IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**THE ART INSTITUTE OF**<br>**PHILADELPHIA, LLC, et al[1].,**<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br>(Jointly Administered)<br><br>Related to Docket No. 114 |

## ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION
## FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed a second interim application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file and Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the Application of MCT is granted and allowed compensation in the sum of $159,087.00 for services rendered and is allowed $436.80 as reimbursement for actual, necessary expenses incurred; and it is further

---

[1] The Debtors in these cases, along with the last Bankruptcy Case No. for each Debtor, are: The Art Institute of Philadelphia, LLC., Case No. 18-11535, Education Management II, LLC., Case No. 18-11494, American Education Centers, Inc., Case No. 18-11495, Argosy Education Group, Inc., Case No. 18-11496, Argosy University of California, LLC., Case No. 18-11497, Brown Mackie College – Tucson, Inc., Case No. 18-11498, Education Finance III, LLC., Case No. 18-11499, Education Management Corporation., Case No. 18-11500, Education Management Holdings II, LLC., Case No. 18-11501, Education Management, LLC., Case No. 18-11502, Higher Education Services II, LLC., Case No. 18-11503, Miami International University of Art & Design, Inc., Case No. 18-11504, South Education – Texas, LLC., Case No. 18-11505, South University of Alabama, Inc., Case No. 18-11506, South University of Carolina, Inc., Case No. 18-11507, South University of Florida, Inc., Case No. 18-11508, South University of Michigan, LLC., Case No. 18-11509, South University of North Carolina, LLC., Case No. 18-11510, South University of Ohio, LLC., Case No. 18-11511, South University of Virginia, LLC., Case No. 18-11512, South University Research II, LLC., Case No. 18-11513, South University, Case No. 18-11514, Stautzenberger College Education Corporation, Case No. 18-11515, TAIC – San Diego, Inc., Case No. 18-11516, TAIC – San Francisco, Inc., Case No. 18-11517, The Art Institutes International Minnesota, Inc., Case No. 18-11518, The Art Institute of Atlanta, LLC, Case No. 18-11519, The Art Institute of Austin, Inc., Case No. 18-11520, The Art Institute of California – Hollywood, Inc., Case No. 18-11521, The Art Institute of California – Inland Empire, Inc., Case No. 18-11522, The Art Institute of California – Los Angeles, Inc., Case No. 18-11523, The Art Institute of California – Orange County, Inc., Case No. 18-11524, The Art Institute of California – Sacramento, Inc., Case No. 18-11525, The Art Institute of Charleston, Inc., Case No. 18-11526, The Art Institute of Charlotte, LLC, Case No. 18-11527, The Art Institute of Colorado, Inc., Case No. 18-11528, The Art Institute of Dallas, Inc., Case No. 18-11529, The Art Institute of Fort Lauderdale, Inc., Case No. 18-11530, The Art Institute of Houston, Inc., Case No. 18-11531, The Art Institute of Indianapolis, LLC, Case No. 18-11532, The Art Institute of Las Vegas, Inc., Case No. 18-11533, The Art Institute of Michigan, Inc., Case No. 18-11534, The Art Institute of Pittsburgh, LLC, Case No. 18-11536, The Art Institute of Portland, Inc., Case No. 18-11537, The Art Institute of Raleigh-Durham, Inc., Case No. 18-11538, The Art Institute of St. Louis, Inc., Case No. 18-11539, The Art Institute of San Antonio, Inc., Case No. 18-11540, The Art Institute of Seattle, Inc., Case No. 18-11541, The Art Institute of Tampa, Inc., Case No. 18-11542, The Art Institute of Tennessee-Nashville, Inc., Case No. 18-11543, The Art Institute of Virginia Beach, Inc., Case No. 18-11544, The Art Institute of Washington, Inc., Case No. 18-11545, The Art Institutes International II, LLC, Case No. 18-11546, The Illinois Institute of Art and Schaumberg, Inc., Case No. 18-11547, The Illinois Institute of Art, Inc., Case No. 18-11548, The Institute of Post-Secondary Education, Inc., Case No. 18-11549, The New England Institute of Art, LLC, Case No. 18-11550, The University of Sarasota, Inc., Case No. 18-11551 and Western State University of Southern California, Case No. 18-11552

**ORDERED** that the Trustee is authorized and directed to make payment of $159,229.70 to MCT for such allowed compensation and expenses.

*[Signature]*

Dated: February 14th, 2020
Wilmington, Delaware