# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.* | Case No. 18-11535 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of R. Todd Cronan, Esq., to represent Leeds Equity Partners and its affiliates and Jeffrey T. Leeds in the above-captioned cases.

Dated: March 26, 2020
      Wilmington, Delaware

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (No. 6325)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: rslaugh@potteranderson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

            */s/ R. Todd Cronan*
            R. Todd Cronan, Esq.
            GOODWIN PROCTER LLP
            100 Northern Avenue
            Boston, Massachusetts 02210
            Telephone:  (617) 570-1000
            Facsimile:   (617) 523-1231
            Email:  tcronan@goodwinlaw.com

IMPAC 6631776v.1