# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF<br>PHILADELPHIA LLC, *et al*.<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Kizzy L. Jarashow, Esq., to represent Leeds Equity Partners and its affiliates and Jeffrey T. Leeds in the above-captioned cases.

Dated: March 26, 2020
      Wilmington, Delaware

                                      */s/ D. Ryan Slaugh*
                                      D. Ryan Slaugh (No. 6325)
                                      POTTER ANDERSON & CORROON LLP
                                      1313 N. Market Street, 6th Floor
                                      Wilmington, Delaware 19801-3700
                                      Telephone:  (302) 984-6000
                                      Facsimile:   (302) 658-1192
                                      Email:  rslaugh@potteranderson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

IMPAC 6631783v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Kizzy L. Jarashow*
Kizzy L. Jarashow, Esq.
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone:  (212) 813-8800
Facsimile:   (212) 355-3333
Email:  kjarashow@goodwinlaw.com