**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE ART INSTITUTE OF | ) | Case No. 18-11535 (LSS) |
| PHILADELPHIA LLC, *et al.* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Sunny Singh of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 to represent Providence Equity Partners LLC and Goldman Sachs & Co. LLC in the above-captioned cases.

Date:  March 30, 2020
         Wilmington, Delaware

/s/ Paul N. Heath
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email:  health@rlf.com

RLF1 23168855v.1

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and admitted to practice before the United States District Court for the Eastern and Southern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: March 30, 2020

*/s/ Sunny Singh*
Sunny Singh
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
E-mail:  sunny.singh@weil.com

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.