# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF<br>PHILADELPHIA LLC, *et al*.<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of William P. Weintraub, Esq., to represent Leeds Equity Partners and its affiliates and Jeffrey T. Leeds in the above-captioned cases.

Dated: March 26, 2020
      Wilmington, Delaware

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone:  (302) 984-6000
Facsimile:   (302) 658-1192
Email:  kgood@potteranderson.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: March 31st, 2020**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

IMPAC 6631769v.1