# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re:<br><br>The Art Institute of Philadelphia LLC, *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br>Jointly Administered |
|---|---|

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9019-1 and the attached certification, counsel moves the admission *pro hac vice* of Steven M. Coren of Kaufman, Coren & Ress, P.C., to represent George L. Miller, the Chapter 7 Trustee, in connection with the above-captioned proceeding.

Dated:  May 19, 2020                                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: crobinson@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  May 19, 2020           By:        */s/ Steven M. Coren*
                                            Steven M. Coren, Esquire
                                            KAUFMAN, COREN & RESS, P.C.
                                            Two Commerce Square, Suite 3900
                                            2001 Market Street
                                            Philadelphia, PA 19103
                                            Tel: (215) 735-8700

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's Motion for Admission *Pro Hac Vice* is granted.