IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1] | Case No. 18-11535 (LSS) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF SHARES

TO:    United States Bankruptcy Court
District of Delaware
Attn: Clerk

AND TO: Education Management Corporation (the "Company")

AND TO: The Chapter 7 Trustee of the Company.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Finance III LLC (2533); Education Management LLC (6022); Education Management II LLC (2661); Education Management Corporation (9571); Education Management Holdings II LLC (2529); Higher Education Services II LLC (3436); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Art Institutes International II LLC (9270); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558);Western State University of Southern California (3875).

Slater Mill Loan Fund, LP and Brookside Mill CLO Ltd., as sellers (each a "Seller") for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold transfer and assigned to:

>SDU Limited
>c/o Ocorian Trust (Cayman) Limited
>Clifton House, 75 Fort Street, PO Box 1350
>George Town, Grand Cayman  KY1-1108
>Cayman Islands

its successors and assigns ("Buyer"), all right title and interest in and to shares of common stock of the Company in the following amounts (collectively, the "Shares"):

>SLATER MILL LOAN FUND, LP: 3,040,030

>BROOKSIDE MILL CLO LTD.: 3,098,675

Each Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Shares and recognizing the Buyer as the sole owner of the Shares.

To the Chapter 7 Trustee of the Company:  You are hereby directed to make all future payments and distributions, if any, free and clear of all setoff and deductions, and to give all notices and other communications, in respect of the Shares to Buyer.

>[*Signature page follows*]

IN WITNESS WHEREOF, the parties have executed this Notice of Transfer of Shares as of July 13, 2020.

**SLATER MILL LOAN FUND, LP, as Seller**
**By: Shenkman Capital Management, Inc. as Collateral Manager**

By: _____
    Name: Serge Todorovich
    Title:   SVP, General Counsel & Chief Compliance Officer

**BROOKSIDE MILL CLO LTD., as Seller**
**By: Romark CLO Advisors LLC as Collateral Manager**

By: _____
    Name: Serge Todorovich
    Title:   SVP, General Counsel & Chief Compliance Officer

**SDU Limited, as Buyer**

By: _____
    Name: Nicholas Swartz
    Title:   Director