**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 7<br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 157 & 158** |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>　　　　　　　　　　Defendants. | Adv. Proc. No. 20-50627 (LSS)<br><br>**Re:  D.I. 57 & 61** |

**CERTIFICATE OF SERVICE**

　　　　I, Marcos A. Ramos, hereby certify that on November 13, 2020, I caused a copy of the following documents to be served upon the parties on the attached list in the manner indicated.

- *Certification of Counsel Regarding Stipulation and Agreed Order for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs and Other Losses* [Docket Nos. 157 & 57]

- *Agreed Order for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs and Other Losses Under Directors and Officers Insurance Policies* [Docket Nos. 158 & 61]

　　　　　　　　　　　　　　　　　　　　　　　　 */s/  Marcos A. Ramos*
　　　　　　　　　　　　　　　　　　　　　　　　Marcos A. Ramos (No. 4450)

RLF1 24355473v.1

SERVICE LIST

Via Email

| | |
|---|---|
| Bradford J. Sandler<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email:  bsandler@pszjlaw.com<br>            crobinson@pszjlaw.com | Steven M. Coren<br>Benjamin M. Mather<br>Francis X. Lane<br>KAUFMAN, COREN & RESS, P.C.<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Email: scoren@kcr-law.com<br>            bmather@kcr-law.com<br>            flane@kcr-law.com |
| Sean M. Beach<br>Kevin A. Guerke<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email:  sbeach@ycst.com<br>            kguerker@ycst.com | Thomas S. Jones<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222<br>Email: tjones@porterwright.com |
| Andrew S. Nicoll<br>Syed Ahmadul Huda<br>Ryan L. Graham<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>41 South High Street, 29th Floor<br>Columbus, OH 43215<br>Email:  anicoll@porterwright.com<br>            ahuda@porterwright.com<br>            rgraham@porterwrifght.com | Chad S. Hummel<br>Alexis Miller Buese<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Email: chummel@sidley.com<br>            alexis.buese@sidley.com |
| Sam Newman<br>Anna Gumport<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Email: sam.newman@sidley.com<br>            agumport@sidley.com | Tiffanie N. Limbrick<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75287<br>Email: tlimbrick@sidley.com |