## Exhibit 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF<br>PHILADELPHIA LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br><br>Jointly Administered |

## STIPULATION BY AND BETWEEN GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND OFFICE OF ATTORNEY GENERAL MAURA HEALEY OF THE COMMONWEALTH OF MASSACHUSETTS

This Stipulation dated as April 28, 2021 (the "Stipulation") is entered into by and between George L. Miller, as chapter 7 trustee of the above-captioned Debtors (the "Trustee") and the Office of the Attorney General Maura Healey of the Commonwealth of Massachusetts ("Attorney

---

[1] The last four digits of the Debtors' taxpayer identification numbers are as follows: American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Finance III LLC (2533); Education Management LLC (6022); Education Management II LLC (2661); Education Management Corporation (9571); Education Management Holdings II LLC (2529); Higher Education Services II LLC (3436); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Art Institutes International II LLC (9270); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558);Western State University of Southern California (3875).

General"). The Trustee and Attorney General (each a "Party" and collectively, the "Parties") hereby stipulate as follows:

## RECITALS

**WHEREAS**, on June 29, 2018 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed petitions for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). George L. Miller was appointed as the Chapter 7 Trustee by the Office of the United States Trustee (the "U.S. Trustee").

**WHEREAS**, prior to the Petition Date, the Debtors, in response to multiple Civil Investigative Demands (collectively, "CID") from the Attorney General, produced the following information to the Attorney General in response to a CID: (i) directory information (i.e., student name and address, dates of attendance, program of study, enrollment status); (ii) job placement data (i.e., whether a student obtained employment, and the details of that employment), including employment verification forms; (iii) documents containing placement rate representations (e.g., fliers/brochures provided to prospective students); and (iv) deposition testimony of a former employee of the Debtors obtained pursuant to a CID (collectively, the "CID Responses").

**WHEREAS**, the Attorney General seeks to disclose the CID Responses to the Department of Education to support borrower defenses to repayment applications for affected former students of the Debtors and is required by Massachusetts state law, M.G.L. c. 93A s. 6, to obtain the Trustee's consent to provide the CID Responses to the Department of Education;

**WHEREAS**, the Trustee consents to the Attorney General disclosing the CID Responses to the Department of Education;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** in consideration of the mutual promises contained in this Stipulation, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and both Parties intending to be legally bound by this Stipulation, the Parties hereby agree as follows:

1. The Recitals set forth above are hereby incorporated herein by reference in full and are made a part of this Stipulation.

2. The Trustee consents to the Attorney General disclosing the CID Responses to the Department of Education.

3. The Trustee's consent set forth herein is limited solely to the Attorney General's request to execute this Stipulation and the Parties reserve any and all rights regarding any future requests by the Attorney General to the Trustee to assist in turnover of documents, communications and records to the Department of Education.

4. This Stipulation shall be binding upon its approval by the Bankruptcy Court, and the Stipulation shall not be subject to any stay under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, or otherwise.

5. Upon entry of an order of the Bankruptcy Court approving this Stipulation, the Bankruptcy Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Stipulation and such order.

6. This Stipulation shall become effective upon entry of an order of the Bankruptcy Court approving the terms hereof without further action by any Party. The order of the Bankruptcy Court approving this Stipulation shall be satisfactory to the Trustee and Attorney General in each of his and her respective sole discretion.

7. Each Party agrees to bear its own costs and expenses, including attorneys' fees, arising out of the matters addressed by this Stipulation.

8. This Stipulation may be executed in counterparts, one or more of which may contain electronic (in pdf format) signatures, all of which shall constitute an original agreement.

Dated: April 28, 2021

| THE CHAPTER 7 TRUSTEE | OFFICE OF ATTORNEY GENERAL MAURA HEALEY |
|---|---|
| _____<br>George L. Miller, solely in his capacity as Chapter 7 Trustee for the Debtors, and not in any individual or other capacity | */s/ Diana Hooley*_____<br>Diana Hooley (BBO No. 685418)<br>Assistant Attorney General<br>Insurance & Financial Services Division<br>Office of Attorney General Maura Healey<br>One Ashburton Place, 18th Floor<br>Boston, Massachusetts 02108<br>Phone: 617-963-2198<br>E-mail: diana.hooley@mass.gov |

8. This Stipulation may be executed in counterparts, one or more of which may contain electronic (in pdf format) signatures, all of which shall constitute an original agreement.

Dated: April 28, 2021

| | |
|---|---|
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE ART INSTITUTE OF PHILADELPHIA, LLC, *et al.* | OFFICE OF ATTORNEY GENERAL MAURA HEALEY |
| */s/ George L. Miller* | |
| George L. Miller, solely in his capacity as Chapter 7 Trustee for the Debtors, and not in any individual or other capacity | Diana Hooley (BBO No. 685418) Assistant Attorney General Insurance & Financial Services Division Office of Attorney General Maura Healey One Ashburton Place, 18th Floor Boston, Massachusetts 02108 Phone: 617-963-2198 E-mail: diana.hooley@mass.gov |

4