# **EXHIBIT 2**

# George L. Miller, Trustee

Eight Penn Center, Suite 950
1628 John F. Kennedy Boulevard
Philadelphia, PA  19103

Phone:  (215) 561-0950
Fax:  (215) 561-0330
Email:  gmiller@mctllp.com

July 23, 2018                                                                          <u>**VIA EMAIL**</u>
                                                                                            gerwood.shephard@baml.com

Mr. Gerwood Shephard, Vice President
Portfolio Sr. Monitoring Analyst
Treasury – Special Actions - East
Bank of America Merrill Lynch

        Re:    Education Management II LLC; Bky. No. 18-11494-LSS
               Bankruptcy Date:  June 29, 2018
               Acct. #'s ending 7882; 8936; and Acct. #8666888821

Dear Mr. Shephard:

On June 29, 2018, I was appointed the Chapter 7 Bankruptcy Trustee for the above referenced Debtor.  I have enclosed the Notice of Bankruptcy Case Filing.

According to the Bankruptcy Schedules, your bank has accounts in the name of the Debtor.  If you have any other bank accounts in the Debtor's name, please close those accounts as well and send me a check as payment of the funds.

Again, please close this and all other Debtor accounts as soon as possible and forward the funds to me via bank check.  **Please make the check payable to George L. Miller, Chapter 7 Trustee for Education Management II LLC, and have the cashier's check sent to me via Federal Express, #1240-1799-8.  Please have all bank statements for the last 12 months, cancelled checks, and other documentation sent to me at**:

               George L. Miller, Chapter 7,
               Trustee for Education Management II LLC
               8 Penn Center, Suite 950
               1628 John F. Kennedy Blvd.
               Philadelphia, PA  19103

July 23, 2018
Mr. Gerwood Shephard
Bank of America
Page 2

In addition to the subject Debtor, there are several related debtors. I am enclosing the list of additional debtors. Please forward all funds for the related debtors, if any, as instructed above.

Very truly yours,

George L. Miller,
Chapter 7 Trustee

GLM/lmc

Enclosures



**Query**   **Reports**   **Utilities**   **Logout**

United States Bankruptcy Court<br>District of Delaware

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 06/29/2018 at 1:39 PM and filed on 06/29/2018.

**Education Management II LLC**
210 Sixth Avenue, 3rd Floor
Pittsburgh, PA 15222
Tax ID / EIN: 47-2042661
*aka* **New Education Management LLC**
*aka* **EDMC Online Higher Education**

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Evelyn J. Meltzer**<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 1500<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>302-777-6565 | **George L. Miller**<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103-2110<br>215-561-0950 |

The case was assigned case number 18-11494-LSS to Judge Laurie Selber Silverstein.

**Attachment to Form 309D**

| Case Number | Debtor | FEIN | Case Number | Debtor | FEIN |
|---|---|---|---|---|---|
| 18-11494 | Education Management II LLC<br>*aka* New Education Management LLC<br>*aka* EDMC Online Higher Education | 47-2042661 | 18-11523 | The Art Institute of California - Los Angeles, Inc. | 25-1364215 |
| 18-11495 | American Education Centers, Inc.<br>*aka* Brown Mackie College – Northern Kentucky<br>*aka* AEC Texan Institute<br>*aka* Brown Mackie College – Michigan City<br>*aka* RETS Institute of Technology<br>*aka* RETS Medical and Business Institute<br>*aka* Brown Mackie College - Merrillville<br>*aka* Brown Mackie College - Cincinnati<br>*aka* Southern Ohio College | 23-2726160 | 18-11524 | The Art Institute of California-Orange County, Inc. | 52-2136608 |
| 18-11496 | Argosy Education Group, Inc. | 36-2855674 | 18-11525 | The Art Institute of California-Sacramento, Inc. | 20-5076212 |
| 18-11497 | Argosy University of California LLC | 27-1651273 | 18-11526 | The Art Institute of Charleston, Inc. | 20-5076048 |
| 18-11498 | Brown Mackie College - Tucson, Inc. | 86-0264601 | 18-11527 | The Art Institute of Charlotte, LLC<br>*aka* The Art Institute of Charlotte, Inc.<br>*aka* American Business & Fashion Institute | 56-1024912 |
| 18-11499 | Education Finance III LLC | 47-2192533 | 18-11528 | The Art Institute of Colorado, Inc.<br>*aka* Fashion Institute of Denver, Inc.<br>*aka* Music Business Institute, Inc.<br>*aka* The School of Culinary Arts | 84-0703062 |
| 18-11500 | Education Management Corporation<br>*aka* The Fashion Institute of Pittsburgh<br>*aka* Fashion Institute of Pittsburgh | 25-1119571 | 18-11529 | The Art Institute of Dallas, Inc.<br>*aka* South University – The Art Institute of Dallas | 75-1589012 |
| 18-11501 | Education Management Holdings II LLC<br>*aka* New Education Management Holdings LLC | 47-2042529 | 18-11530 | The Art Institute of Fort Lauderdale, Inc.<br>*aka* The Art Institute of Fort Lauderdale | 59-1500255 |
| 18-11502 | Education Management LLC<br>*aka* EDMC Online Higher Education | 20-4506022 | 18-11531 | The Art Institute of Houston, Inc.<br>*aka* The Art Institute of Houston<br>*aka* The School of Culinary Arts | 75-1589015 |
| 18-11503 | Higher Education Services II LLC | 47-2203436 | 18-11532 | The Art Institute of Indianapolis, LLC | 25-1586913 |
| 18-11504 | Miami International University of Art & Design, Inc.<br>*aka* Miami International University of Art & Design | 58-2641065 | 18-11533 | The Art Institute of Las Vegas, Inc. | 88-0256362 |
| 18-11505 | South Education – Texas LLC | 27-2192573 | 18-11534 | The Art Institute of Michigan, Inc. | 20-5218614 |
| 18-11506 | South University of Alabama, Inc. | 63-0314610 | 18-11535 | The Art Institute of Philadelphia LLC<br>*aka* The Art Institute of Philadelphia | 26-4467396 |
| 18-11507 | South University of Carolina, Inc. | 58-2338201 | 18-11536 | The Art Institute of Pittsburgh LLC | 26-4467441 |
| 18-11508 | South University of Florida, Inc.<br>*aka* South University – Tampa<br>*aka* South University – West Palm Beach<br>*aka* South University - Orlando | 75-3009226 | 18-11537 | The Art Institute of Portland, Inc. | 52-2082215 |
| 18-11509 | South University of Michigan, LLC | 27-3966655 | 18-11538 | The Art Institute of Raleigh-Durham, Inc. | 26-1388031 |
| 18-11510 | South University of North Carolina LLC<br>*aka* South University of North Carolina, Inc. | 26-1569113 | 18-11539 | The Art Institute of St. Louis, Inc. | 80-0449555 |
| 18-11511 | South University of Ohio LLC | 45-0949944 | 18-11540 | The Art Institute of San Antonio, Inc. | 26-4104394 |
| 18-11512 | South University of Virginia, Inc.<br>*aka* South University – Richmond<br>*aka* South University – Virginia | 26-1569263 | 18-11541 | The Art Institute of Seattle, Inc. | 52-1209614 |
| 18-11513 | South University Research II LLC | 47-2323744 | 18-11542 | The Art Institute of Tampa, Inc.<br>*aka* The Art Institute of Tampa | 01-0746822 |
| 18-11514 | South University, LLC<br>*aka* South University Online | 58-1147090 | 18-11543 | The Art Institute of Tennessee-Nashville, Inc. | 20-1705359 |
| 18-11515 | Stautzenberger College Education Corporation<br>*aka* Southern Ohio College<br>*aka* Brown Mackie College - Findley<br>*aka* Brown Mackie College - Louisville | 23-2914675 | 18-11544 | The Art Institute of Virginia Beach LLC | 26-2242784 |

| | | | | | |
|---|---|---|---|---|---|
| 18-11516 | TAIC-San Diego, Inc. *aka* The Art Institute of California – San Diego | 95-3791894 | 18-11545 | The Art Institute of Washington, Inc. | 52-1117043 |
| 18-11517 | TAIC-San Francisco, Inc. *aka* The Art Institute of California – San Francisco | 95-3789487 | 18-11546 | The Art Institutes International II LLC | 47-2179270 |
| 18-11518 | The Art Institutes International Minnesota, Inc. | 25-1796999 | 18-11547 | The Illinois Institute of Art at Schaumburg, Inc. | 36-4043502 |
| 18-11519 | The Art Institute of Atlanta, LLC *aka* The Art Institute of Atlanta *aka* The School of Culinary Arts | 58-0671597 | 18-11548 | The Illinois Institute of Art, Inc. *aka* Evolve Bistro | 36-4043500 |
| 18-11520 | The Art Institute of Austin, Inc. | 26-1173626 | 18-11549 | The Institute of Post-Secondary Education, Inc. *aka* The Art Institute of Phoenix | 25-1360283 |
| 18-11521 | The Art Institute of California-Hollywood, Inc. | 22-3863289 | 18-11550 | The New England Institute of Art, LLC | 04-2987798 |
| 18-11522 | The Art Institute of California-Inland Empire, Inc. | 20-2316775 | 18-11551 | The University of Sarasota, Inc. | 59-3335558 |
| | | | 18-11552 | Western State University of Southern California | 95-2313875 |

## *NON-DEBTOR SUBSIDIARIES AND AFFILIATES*
## *(DO NOT FILE A PROOF OF CLAIM):*

| | | | | |
|---|---|---|---|---|
| 1 | AiCA-IE Restaurant, Inc. | | 32 | Michiana College Education Corporation |
| 2 | AID Restaurant, Inc. | | 33 | South Education - Texas LLC |
| 3 | AIH Restaurant, Inc. | | 34 | South University of Arkansas LLC |
| 4 | AIIM Restaurant, Inc. | | 35 | South University of Tennessee, Inc. |
| 5 | AIIN Restaurant LLC | | 36 | South University Research Corporation |
| 6 | AIT Restaurant, Inc. | | 37 | Southern Ohio College LLC |
| 7 | AITN Restaurant, Inc. | | 38 | The Art Institute of California - Silicon Valley, Inc. |
| 8 | BMC Real Property Holdings LLC | | 39 | The Art Institute of Fort Worth, Inc. |
| 9 | Brown Mackie College - Albuquerque LLC | | 40 | The Art Institute of Jacksonville, Inc. |
| 10 | Brown Mackie College - Birmingham LLC | | 41 | The Art Institute of New York City, Inc. |
| 11 | Brown Mackie College - Boise, Inc. | | 42 | The Art Institute of Ohio - Cincinnati, Inc. |
| 12 | Brown Mackie College - Dallas/Ft. Worth LLC | | 43 | The Art Institute of Salt Lake City, Inc. |
| 13 | Brown Mackie College - Greenville, Inc. | | 44 | The Art Institute of Tucson, Inc. |
| 14 | Brown Mackie College - Indianapolis, Inc. | | 45 | The Art Institute of Washington - Dulles LLC |
| 15 | Brown Mackie College - Kansas City LLC | | 46 | The Art Institute of Wisconsin LLC |
| 16 | Brown Mackie College - Miami North LLC | | 47 | The Art Institute of York - Pennsylvania, LLC |
| 17 | Brown Mackie College - Miami, Inc. | | 48 | The Art Institutes International - Kansas City, Inc. |
| 18 | Brown Mackie College - Oklahoma City LLC | | 49 | The Art Institutes International LLC |
| 19 | Brown Mackie College - Phoenix, Inc. | | 50 | The Art Institutes International Minnesota, Inc. |
| 20 | Brown Mackie College - Salina LLC | | 51 | The Asher School of Business Education Corporation |
| 21 | Brown Mackie College - San Antonio LLC | | 52 | The Illinois Institute or Art - Tinley Park LLC |
| 22 | Brown Mackie College - St. Louis, Inc. | | | |
| 23 | Brown Mackie College - Tulsa, Inc. | | | |
| 24 | Brown Mackie Education Corporation | | | |
| 25 | Brown Mackie Education II LLC | | | |
| 26 | EDMC Marketing and Advertising, Inc. | | | |
| 27 | Education Finance II LLC | | | |
| 28 | Education Management Escrow LLC | | | |
| 29 | Education Management Finance Corp. | | | |
| 30 | Education Management Holdings LLC | | | |
| 31 | Higher Education Services, Inc. | | | |