# **EXHIBIT 3**

# George L. Miller, Trustee
Eight Penn Center, Suite 950
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103

Phone: (215) 561-0950
Fax: (215) 561-0330
Email: gmiller@mctllp.com

August 22, 2018

VIA EMAIL
gerwood.shephard@baml.com

Mr. Gerwood Shephard, Vice President
Portfolio Sr. Monitoring Analyst
Treasury – Special Actions - East
Bank of America Merrill Lynch

   Re: The Institute of Post-Secondary Education, Inc.; Bky. No. 18-11549-LSS
      Bankruptcy Date: June 29, 2018
      Acct. # ending 7980

Dear Mr. Shephard:

On June 29, 2018, I was appointed the Chapter 7 Bankruptcy Trustee for the above referenced Debtor. I have enclosed the Notice of Bankruptcy Case Filing.

According to the Bankruptcy Schedules, your bank has an account in the name of the Debtor. If you have any other bank accounts in the Debtor's name, please close those accounts as well and send me a check as payment of the funds.

Again, please close this and all other Debtor accounts as soon as possible and forward the funds to me via bank check. **Please make the check payable to George L. Miller, Chapter 7 Trustee for The Institute of Post-Secondary Education, Inc., and have the cashier's check sent to me via Federal Express, #1240-1799-8. Please have all bank statements for the last 12 months, cancelled checks, and other documentation sent to me at:**

    George L. Miller, Chapter 7, Trustee for
    The Institute of Post-Secondary Education, Inc.
    8 Penn Center, Suite 950
    1628 John F. Kennedy Blvd.
    Philadelphia, PA 19103

August 22, 2018
Mr. Gerwood Shephard
Bank of America
Page 2

Thank you in advance for your anticipated cooperation.

Very truly yours,

George L. Miller,
Chapter 7 Trustee

GLM/lmc

Enclosures

United States Bankruptcy Court
District of Delaware



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 06/29/2018 at 4:02 PM and filed on 06/29/2018.

**The Institute of Post-Secondary Education, Inc.**
210 Sixth Avenue, 3rd Floor
Pittsburgh, PA 15222
Tax ID / EIN: 25-1360283
*aka* **The Art Institute of Phoenix**

The case was filed by the debtor's attorney:   The bankruptcy trustee is:

**Evelyn J. Meltzer**                          **George L. Miller**
Pepper Hamilton LLP                            1628 John F. Kennedy Blvd.
Hercules Plaza, Suite 1500                     Suite 950
P.O. Box 1709                                  Philadelphia, PA 19103-2110
Wilmington, DE 19899-1709                      215-561-0950
302-777-6565

The case was assigned case number 18-11549-LSS to Judge Laurie Selber Silverstein.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

                                               Una O'Boyle
                                               Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |